UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NIKITA HACKLER, an Illinois resident, individually and on behalf of all others similarly situated, | Case No. 1:23-cv-01586 |
| *Plaintiff*, | |
| vs. | |
| MAKEUPBYMARIO, INC. a Delaware corporation, | |
| *Defendant*. _____/ | |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff, Nikita Hackler, and Defendant, MakeupByMario, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of this action as follows:

1. All claims of the Plaintiff, Nikita Hackler, individually, are hereby dismissed with prejudice, with each party to bear their own fees and costs.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: June 26, 2023

Respectfully Submitted,

| | |
|---|---|
| **Shamis & Gentile, P.A.** | By: _/s/Kyle Wong_ |
| _/s/ Andrew J. Shamis_ | Kyle Wong |
| Andrew J. Shamis, Esq. | kwong@cooley.com |
| Florida Bar No. 101754 | **COOLEY LLP** |
| ashamis@shamisgentile.com | 3 Embarcadero Center |
| 14 NE 1st Avenue, Suite 705 | 20th Floor |
| Miami, FL 33132 | San Francisco, CA 94111 |
| Telephone: 305-479-2299 | Telephone: (415) 693-2000 |
| | Facsimile: (415) 693-2222 |
| _Counsel for Plaintiff and the Class_ | _Attorneys for Defendant_ |

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 26, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

            **SHAMIS & GENTILE, P.A.**
            14 NE 1st Ave., Suite 705
            Miami, FL 33132
            Telephone (305) 479-2299
            Facsimile (786) 623-0915
            Email: efilings@sflinjuryattorneys.com

    By:  */s/ Andrew J. Shamis*
        Andrew J. Shamis, Esq.
        Florida Bar # 101754

        *Attorneys for Plaintiff and the Class*